**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

JONATHAN THOMPSON, et al.,

Plaintiffs,

v. Case No.: 6:26-cv-01862-JSS-LHP

THE SCHOOL BOARD OF
ORANGE COUNTY, FLORIDA,

Defendant.

---

**ORDER**

Before the Court is Defendant's Unopposed Motion for Leave to File Hearing Exhibits Under Seal. Doc. No. 36. On review, the motion is **DENIED without prejudice**, for failure to include the items which Defendant proposes to seal as required by Local Rule 1.11(b)(8). A renewed motion, which shall be filed within **seven (7) days** of the date of this Order, must comply in full with the Local Rules.

**DONE** and **ORDERED** in Orlando, Florida on October 15, 2026.

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record